

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2016

No. 04-16-00528-CV

**IN RE VALERO ENERGY CORPORATION**; Valero Refining-New Orleans, LLC; Valero Refining-Texas, L.P.; Valero Services, Inc.; Valero Unit Investments, LLC; Valero Retail Holdings, Inc.; Valero International Holdings, Inc.; and Valero Refining and Marketing Co.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice
               Jason Pulliam, Justice

On August 18, 2016, Relators filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than September 16, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on September 2, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2011-CI-04253, styled *Judith Albarran et al v. Koch Specialty Plant Services, et al*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.